**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 31 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| BELINDA JARAMILLO, | No. 08-71302 |
| Petitioner, | Agency No. A074-807-825 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | ORDER[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Argued and Submitted February 6, 2013
Deferred February 28, 2013
Pasadena, California

Before: O'SCANNLAIN, TROTT, and CLIFTON, Circuit Judges.

This case is resubmitted effective as of the file date of this order.

On January 23, 2014, the Board of Immigration Appeals responded by

granting Jaramillo's motion to remand to the Immigration Judge for consideration

of new evidence and for a new decision. In light of the Board's remand for further

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

proceedings and a new decision on the issue of whether Jaramillo was coerced into providing information regarding alleged alien smuggling, there is no longer a final order of removal in this case, and this Court no longer has jurisdiction over the petition for review. See Lopez-Ruiz v. Ashcroft, 298 F.3d 886, 887 (9th Cir. 2002). Therefore, Respondent's request to dismiss the petition for review is hereby GRANTED.

This order shall act as and for the mandate of this court.